DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
NICOLAS CARRASCO-SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                 )<br>                                        )<br>     v.                                 )<br>                                        )<br>NICOLAS CARRASCO-SANCHEZ,               )<br>  aka Nicolas Sanchez-Carrasco,         )<br>  aka Nicholas Carasco-Sanchez,         )<br>                                        )<br>            Defendant.                 )<br>_____ ) | No. 2:11-cr-221 KJM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JULY 28, 2011, AT 10:00 A.M.<br><br>Date:  June 30, 2011<br>Time:  10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

     THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Nicolas Carrasco-Sanchez, that the Court should vacate the status conference scheduled for June 30, 2011, at 10:00 a.m., and reset it for July 28, 2011, at 10:00 a.m.

     Counsel for defendant requires further time to review additional discovery, and to obtain and review the pre-plea advisory guideline report with Mr. Carrasco-Sanchez.

1       The parties further stipulate that the Court should exclude the
2  period from the date of this order through July 28, 2011, when it
3  computes the time within which the trial of the above criminal
4  prosecution must commence for purposes of the Speedy Trial Act.  The
5  parties stipulate that the ends of justice served by granting
6  defendant's request for a continuance outweigh the best interest of the
7  public and defendant in a speedy trial, and that this is an appropriate
8  exclusion of time for defense preparation within the meaning of 18
9  U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

10 Dated: June 23, 2011                 Respectfully submitted,

11                                      DANIEL BRODERICK
                                        Federal Defender
12
                                        /s/ M. Petrik
13                                      _____
                                        MICHAEL PETRIK, Jr.
14                                      Assistant Federal Defender

15 Dated: June 23, 2011                 BENJAMIN B. WAGNER
                                        United States Attorney
16
                                        /s/ M. Petrik for
17                                      _____
                                        MICHELE BECKWITH
18                                      Assistant U.S. Attorney

2

**ORDER**

   **IT IS SO ORDERED.** The status conference scheduled for June 30, 2011, at 10:00 a.m., is reset for July 28, 2011, at 10:00 a.m. The Court orders time excluded from the date of this order through the status conference on July 28, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4). The Court finds the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

DATED:   June 27, 2011.

_____
UNITED STATES DISTRICT JUDGE